TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
  1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:(213) 894-2426
     Facsimile:(213) 894-0142
     E-mail:  Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cv-00736 |
| Plaintiff, | VERIFIED COMPLAINT FOR FORFEITURE |
| v. | 18 U.S.C. § 981(a)(1)(C) and 984 |
| $765,332.83 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '4750, | [U.S.S.S] |
| Defendant. | |

Plaintiff United States of America brings this claim against the below-identified defendant, and alleges as follows:

**JURISDICTION AND VENUE**

1.  The government brings this in rem forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

2.  This Court has jurisdiction over the matter under 28 U.S.C. § 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

**PERSONS AND ENTITIES**

4. The plaintiff in this action is the United States of America (the "plaintiff").

5. The defendant (the "Defendant Funds") is $765,332.83 in Bank Funds seized during the execution of a federal seizure warrant from Bank of America ("BofA") account number ending '4750 (the "BofA '4750 Account") at BofA located at Legal Order Processing Department, P.O. Box 15047 Wilmington, DE 19580-5047.

6. The Defendant Funds are in the custody of the United States Marshals Service ("USMS") within this District, where they will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Alons Towing ("Alons") and Alona Pryvalova ("Pryvalova") may be adversely affected by these proceedings.

**BASIS FOR FORFEITURE**

*Background on Small Business Administration Loan Fraud*

8. On March 13, 2020, the President of the United States declared COVID-19 as an emergency under the Robert T. Stafford Disaster Relief and Emergency Assistance Act. As a result, the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") was passed by Congress and signed into law by President Trump on March 27, 2020. The Act provides over $2 trillion in economic relief protections to the American people for public health and economic impacts of COVID-19.

9. The CARES Act established the Paycheck Protection Program ("PPP"), implemented by the Small Business Administration ("SBA")

2

with support from the United States Department of the Treasury. The PPP provides small businesses with the resources they need to maintain their payroll, hire back employees who may have been laid off, and cover applicable overhead. The PPP prioritized millions of Americans employed by small businesses by authorizing up to $659 billion toward job retention and certain other expenses. This program provides small businesses with funds to pay up to eight weeks of payroll costs including benefits. Funds can also be used to pay interest on mortgages, rent, and utilities.

10. To obtain a PPP loan, a qualifying business must submit a PPP loan application, which is signed by an authorized representative of the business. The PPP loan application process requires the business through its authorized representative to acknowledge the program rules and make certain affirmative certifications to be eligible to obtain the PPP loan.

*The Defendant Funds Are Proceeds of PPP Fraud*

11. In November of 2021, BofA notified the United States Secret Service ("USSS") of potentially fraudulent activity in the BofA '4570 Account, held in the name of Alons, with Pryvalova as the authorized signatory.

12. BofA fraud investigators suspected that the Defendant Funds were fraud proceeds due to a pattern of activity between the BofA '4570 Account and apparently unrelated businesses and/or individuals in a manner which BofA investigators considered inconsistent with operation of a legitimate business.

13. The Defendant Funds are traceable to PPP loan application #1922658009 (the "Alons Application"). The Alons Application

3

identified Alons as the applicant and Pryvalova as the signatory, and requested a PPP loan in the amount of $765,332.83.

14. The Alons Application stated that Alons had 52 employees, that all 52 of these employees' jobs would be retained through a PPP loan, and that Alons' annual payroll was $3,816,127.

15. On June 24, 2020, $765,332.83 was deposited into the BofA '4750 Account from the SBA, traceable to Alons Application.

16. The Alons Application was materially false in numerous respects. Specifically:

   a. The social security number provided for Pryvalova on the Alons Application was invalid;

   b. The date of birth, address, and phone number provided for Pryvalova on the Alons Application were indicative of a synthetic identity, rather than that of a real person;[1]

   c. California Secretary of State public records do not indicate that Alons is or was a registered entity,

   d. Investigating agents found no public records indicating that Alons was a legitimate operating business; and

   e. Account records for the BofA '4750 Account showed no transaction activity appearing consistent with the operation of a functioning business, such as payroll costs, rent, utilities, or other employee payments.

17. Upon settlement of the of the PPP loan proceeds in the BofA '4750 Account, two checks were drawn from that account totaling

---

[1] A synthetic identity is a combination of real and fabricated credentials created to make an implied identity which is not associated with any real person. Fraudsters create synthetic identities using potentially valid SSNs with false information to create an identity with the appearance of legitimacy.

4

$72,072, neither of which was consistent with Alons being a legitimate business:

    a. A July 8, 2020 check for $57,472 made payable to an apparently unrelated individual, which was returned for unknown reasons; and

    b. A July 9, 2020 check for $14,600 was made payable to a purported jewelry design store. The check cleared, but investigating agents found no evidence that the identified jewelry store existed.

## **CLAIM FOR RELIEF**

18. Plaintiff incorporates the allegations of paragraphs 1-17 above as though fully set forth herein.

19. Based on the above, plaintiff alleges that the Defendant Funds are, or are derived from, proceeds traceable to violations of 18 U.S.C. §§ 1014 (false statement on a loan application), 1343 (wire fraud) and/or 1344 (bank fraud), each of which is a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B). The Defendant Funds are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). In addition, to the extent that the Defendant Funds are not the actual monies directly traceable to the illegal activity identified herein, plaintiff United States of America alleges that the Defendant Funds are identical property found in the same account or place as the property involved in the specified offense, rendering the Defendant Funds subject to forfeiture pursuant to 18 U.S.C. § 984.

//
//
//

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the Defendant Funds;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the Defendant Funds to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: February 2, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ *Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**VERIFICATION**

I, NICHOLAS MILAZZO, hereby declare that:

1. I am a Special Agent for the United States Secret Service and the case agent for the forfeiture matter entitled <u>United States of America v. $765,332.83 in Bank Funds on Deposit in Bank of America Account '4750</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2022 at Rancho Cucamonga, California.

NICHOLAS R MILAZZO
Digitally signed by NICHOLAS R MILAZZO
Date: 2022.01.31 22:47:00 -08'00'

NICHOLAS MILAZZO
United States Secret Service

7